IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO.** |
| v. | **1:10-CR-511-WSD** |
| **GREGORY CUNNINGHAM** | |

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY[1]

The defendant, GREGORY CUNNINGHAM ("Defendant"), by consent, has appeared before me and has entered a plea of guilty to **COUNT  ONE (1)**  of the indictment.  After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I have also determined that the defendant has voluntarily and expressly waived his right to appeal the conviction and sentence and the right to collaterally attack his sentence in any post-conviction proceedings, including a §2255 proceeding, on any ground, except that the defendant may file a direct appeal of a sentence higher than

---

[1] Failure to file written objections to this Report and Recommendation within *FOURTEEN (14) DAYS* after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

the otherwise applicable advisory sentencing guideline range, or, if the Government appeals the sentence imposed, Defendant may also file a direct appeal of his sentence. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

    **SO ORDERED** this ___8th___ day of ___February___, 2011.

                                                  _____
                                                  GERRILYN G. BRILL
                                                  UNITED STATES MAGISTRATE JUDGE